Case 1:15-mc-00177   Document 2   Filed 04/17/15   Page 1 of 1

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF HT S.R.L. FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | Misc. Case No. 15-177 |

## ORDER

**UPON CONSIDERATION** of the Application for Discovery Pursuant to 28 U.S.C. §1782, and any opposition thereto, it is hereby

**ORDERED** that the Motion be granted.

Dated: April 16, 2015

_____
United States District Judge

Copies to:

All counsel of record.

7477365v1