## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Application of HT. S.r.l. | )<br>)<br>)<br>)<br>) Case No.: 1:15mc-00177<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

I, Vincent A. Piazza, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Deposition Subpoena Duces Tecum with Attachment A and Witness fee check in the amount of $78.97 in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on April 23, 2015 at 4:10 PM, I served Luis Alejandro Velasco with the Deposition Subpoena Duces Tecum with Attachment A and Witness fee check in the amount of $78.97 at 1017 Hyde Park Drive, Annapolis, Maryland 21403 by serving Luis Alejandro Velasco, personally.

Luis Alejandro Velasco is described herein as:
Gender: Male   Race/Skin: White   Hair: Black   Age: 50   Height: 5'5"   Weight: 180

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 4/30/15

Vincent A. Piazza
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 15-121915                                                                                   Client Reference: N/A